UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-234-CJN |
| : | |
| JOSEPH W. FISCHER, : | |
| : | |
| Defendant. : | |

## UNOPPOSED MOTION TO SET DATE FOR STATUS HEARING AND EXCLUDE TIME

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, submits this unopposed motion to set a date for a status hearing in this case now that the mandate has issued from the D.C. Circuit. The parties further request that the Court exclude the time until the status hearing from within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv). An exclusion is warranted to allow the parties adequate time to prepare for the case for trial in light of the Supreme Court's decision in *United States v. Fischer,* 144 S. Ct. 2176 (2024) and to discuss a possible resolution.

The parties are available for a status hearing via telephone or Zoom on the following dates times next week:

- August 21 after 2:00 p.m.

- August 22 after 11:30 a.m.

- August 23 after 11:30 a.m.

If the Court is available, the parties respectfully request that the Court set a status hearing

via telephone/Zoom for one of the above-listed times and exclude the time until that date under the Speedy Trial Act.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:         /s/
ALEXIS J. LOEB
Assistant United States Attorney (Detailed)
California Bar No. 269895
450 Golden Gate Ave, 11th Floor
San Francisco, CA 94102
Alexis.loeb@usdoj.gov
(415) 436-7200

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-234-CJN |
| v. : | |
| : | |
| JOSEPH W. FISCHER, : | |
| : | |
| Defendant. : | |

## [PROPOSED] ORDER

Upon consideration of the United States' Unopposed Motion to Set Date for Status Hearing and Exclude Time, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED that a status hearing via telephone/Zoom is hereby set for

IT IS FURTHER ORDERED that the time between August 12, 2024 and the status hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), particularly in light of the time required to prepare this case for trial.

Date: _____

                                                HON. CARL J. NICHOLS
                                                U.S. DISTRICT JUDGE